

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARQUIS WHO'S WHO, LLC,

          Plaintiff,                    Civil Action No. 10-CV-7924 (DAB)

        -against-                          AFFIDAVIT OF SERVICE

THE GALE GROUP, INC.

          Defendant.
-----------------------------------------------------------X
STATE OF MICHIGAN  )
                         S.S.:
COUNTY OF OAKLAND)

      C.J. OTT, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 20th day of OCTOBER 2010, at approximately the time of 2:00 PM, deponent served a true copy of the SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, and ELECTRONIC CASE FILING RULES AND INSTRUCTIONS upon THE GALE GROUP, INC. at 27500 DRAKE ROAD, FARMINGTON HILLS, MICHIGAN, by personally delivering and leaving the same with MICHELLE MCCALL who informed deponent that she holds a position of the Human Resources Department with that company and is authorized by appointment to receive service at that address.

      Michelle McCall is a black female, approximately 40 plus years of age, stands approximately 5 feet 7 inches tall, weighs approximately 180 pounds with black hair and brown eyes.

_____
C.J. OTT

Sworn to before me this 26th
day of OCTOBER 2010

_____
NOTARY PUBLIC

BONNIE PHILLIPPI
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission expires September 16, 2013
Acting in the County of Oakland

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com