UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
        :
MARQUIS WHO'S WHO, LLC,        :
                            Plaintiff,        :    10-CV-7924 (DAB)
        :
   -against-        :
        :    **NOTICE OF APPEARANCE**
        :
THE GALE GROUP, INC.,        :
                        Defendant.     :
        :
---------------------------------------------------------------- x

TO THE CLERK OF THE COURT:

        I, James F. Rittinger, hereby appear as attorney for Defendant The Gale Group, Inc. in this proceeding and request that you provide electronic notification of filings in this case to me at jrittinger@ssbb.com.

Dated:  New York, New York
         November 12, 2010

                              SATTERLEE STEPHENS BURKE & BURKE LLP

                              By:_____
                                 James F. Rittinger (JR-0556)
                            230 Park Avenue, Suite 1130
                            New York, New York  10169
                            Phone: (212) 818-9200
                            *Attorneys For Defendant*
                            *The Gale Group, Inc.*