*Batts, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

MARQUIS WHO'S WHO, LLC,

                    Plaintiff,

  -against-

THE GALE GROUP, INC.,

                    Defendant.

---------------------------------------------------------------- x

10-CV-7924 (DAB)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their respective parties hereto that Defendant The Gale Group, Inc.'s time to answer, move or otherwise respond with respect to Plaintiff's Complaint in this action is hereby extended through and including December 2, 2010.

DATED:    New York, New York
              November 11, 2010

                               SATTERLEE STEPHENS BURKE & BURKE LLP

                               By: _____
                                  James F. Rittinger
                               230 Park Avenue, Suite 1130
                               New York, NY 10169
                               Tel.: (212) 818-9200
                               *Attorneys for Defendant*

                               LAW OFFICES OF ERIC J. GRANNIS

                               By: _____
                                  Eric J. Grannis
                               620 Fifth Avenue
                               New York, NY 10020
SO ORDERED:                  Tel.: (212) 903-1025
                               *Attorneys for Plaintiff*

*Deborah A. Batts*
U.S.D.J.
11/12/10

1033564_1