UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MARQUIS WHO'S WHO, LLC,

                          Plaintiff,

     -against-

THE GALE GROUP, INC.,

                         Defendant.

------------------------------------------------------------- x

10-CV-7924 (DAB)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

        I, James J. Regan, hereby appear as attorney for Defendant The Gale Group, Inc.

in this proceeding and request that you provide electronic notification of filings in this case to me

at jregan@ssbb.com.

Dated:  New York, New York
         November 12, 2010

                  SATTERLEE STEPHENS BURKE & BURKE LLP

                  By:_____
                        James J. Regan (JR-7926)
                  230 Park Avenue, Suite 1130
                  New York, New York  10169
                  Phone: (212) 818-9200
                  *Attorneys For Defendant*
                  *The Gale Group, Inc.*