James F. Rittinger
James Regan
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169-0079
(212) 818-9200
*Attorneys for Defendant*
*The Gale Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
MARQUIS WHO'S WHO, LLC,                              :
      Plaintiff,          : 10-CV-7924 (DAB)
:
 -against-                                       :
:
:
THE GALE GROUP, INC.,                                :
      Defendant.         :
:
------------------------------------------------------------------ x

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Gale Group, Inc. hereby submits its corporate disclosure statement, and the undersigned counsel for The Gale Group, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

Dated:  December 3, 2010

            **SATTERLEE STEPHENS BURKE & BURKE LLP**

    By:_____
        James F. Rittinger
        James Regan
      Satterlee Stephens Burke & Burke LLP
      230 Park Avenue, Suite 1130
      New York, New York 10169
      Phone: (212) 818-9200
      Fax:  (212) 818-9606

1045337_1